**EXHIBIT 1**


SALES - SERVICE - PARTS
Toll Free: (800) 342-7575
Office: (315) 458-4101
Parts: (315) 701-4933
Fax: (315) 458-3169
Email: sales@empirecrane.com

# GUARANTEED PURCHASE CONTRACT

THE EMPIRE CRANE CO., LLC. of P.O. Box 5545, Syracuse, County of Onondaga, State of New York, hereinafter called the seller, hereby proposes and does sell to:

## AMERICAN AERIAL SERVICES INC
## 203 ANDERSON STREET
## PORTLAND, ME 04103

Thereinafter called the buyer, the equipment described in the subdivision of this contract designated **"Equipment Sold"** according to the terms and provisions stated below:

## "EQUIPMENT SOLD"
New 2011 Terex T780 – 80 ton Hydraulic Truck Crane
S/N 1T9T700ACBW120070

Equipped as follows:
Model T780 (80 U.S. Ton ) BASIC MACHINE (126' (38.4 m) boom included) EPA 2010 ROAD REG. COMPLIANT ENGINE - U.S. & CANADA ONLY - Jib Offset 33' (10.0 m) - 57' (17.4 m) - Auxiliary Hoist (Includes auxiliary sheave assembly) - Rotation Resistant Wire Rope on Main and Aux Hoists - Single Lever, Dual Axis Controls - Hydraulic A/C and LP Heater – AC in lower - Automatic Transmission (with Cummins ISX 500 HP Engine) -12-ton (10.9 mt) Capacity Overhaul Ball with Hook Latch - 60-ton (54.4 mt), 5-sheave, Hook Block With Hook Latch - Remote Outrigger Controls Selected

*75-ton (A)*

| | |
|---|---|
| **Sell Price:** | **$ 615,000.00** |
| ExWorks: | New Hampton, Iowa |
| Terms: | $10,000.00 refundable deposit, subject to financing |
| Available: | Immediately |

**NOTE:** *Any & All sales or use taxes are sole responsibility of purchaser.*
*Subject to Prior Sale.*

## BANK WIRE INSTRUCTIONS

FIRST NIAGARA BANK
6950 South Transit Road
Lockport, NY 14094
Account # 7900536124
ABA # 222370440
Phone: 315-477-6100

*(FOR FOREIGN WIRES)*
Intermediary Bank:
Wells Fargo Bank
San Francisco, CA - USA
Swift Code: WFBIUS6S

Agreed and Accepted:
**American Aerial Services Inc.**
By: _____
Please Print: James Read
Date: 12/16/11

Agreed and Accepted:
**EMPIRE CRANE CO., LLC**
By: *Chet Zerrillo*

Date: December 15, 2011

Boston, MA
24 Republic
Billerica, MA 01821
Phone: (508) 868-7734

Syracuse, NY
7021 Performance Dr.
PO Box 5545
Syracuse, NY 13220

New Jersey/ NYC
254 Center St.
Landing, NJ 07850
Phone: (315) 663-4043