**EXHIBIT 2**



SALES - SERVICE - PARTS
Toll Free: (800) 342-7575
Office: (315) 458-4101
Parts: (315) 701-4933
Fax: (315) 458-3169
Email: sales@empirecrane.com

## GUARANTEED PURCHASE CONTRACT

THE EMPIRE CRANE CO., LLC. of P.O. Box 5545, Syracuse, County of Onondaga, State of New York, hereinafter called the seller, hereby proposes and does sell to:

**AMERICAN AERIAL SERVICES INC**
**203 ANDERSON STREET**
**PORTLAND, ME 04103**

Thereinafter called the buyer, the equipment described in the subdivision of this contract designated "Equipment Sold" according to the terms and provisions stated below:

**"EQUIPMENT SOLD"**
New 2011 Terex T780 – 80 ton Hydraulic Truck Crane
S/N 1T9T700ACBW120070

Equipped as follows:
Model T780 (80 U.S. Ton ) BASIC MACHINE (126' (38.4 m) boom included) EPA 2010 ROAD REG. COMPLIANT ENGINE - U.S. & CANADA ONLY - Jib Offset 33' (10.0 m) - 57' (17.4 m) - Auxiliary Hoist (includes auxiliary sheave assembly) - Rotation Resistant Wire Rope on Main and Anx Hoists - Single Lever, Dual Axis Controls - Hydraulic A/C and LP Heater – AC in lower - Automatic Transmission (with Cummins ISX 500 HP Engine) –12-ton (10.9 mt) Capacity Overhaul Ball with Hook Latch – 60 ton (54.4 mt) 5-sheave, Hook Block With Hook Latch - Remote Outrigger Controls Selected

*75 ton*

| | |
|---|---|
| Sell Price: | $ 615,000.00 |
| ExWorks: | New Hampton, Iowa |
| Terms: | $10,000.00 refundable deposit, subject to financing |
| Available: | Immediately |

NOTE: *Any & All sales or use taxes are sole responsibility of purchaser. Subject to Prior Sale.*

## BANK WIRE INSTRUCTIONS

FIRST NIAGARA BANK
6950 South Transit Road
Lockport, NY 14094
Account # 7900536124
ABA # 222370440
Phone: 315-477-6100

(FOR FOREIGN WIRES)
Intermediary Bank:
Wells Fargo Bank
San Francisco, CA - USA
Swift Code: WFBIUS6S

*No later than 11:49pm on December 31, 2011*

Agreed and Accepted:
American Aerial Services Inc.
By: [signature]
Please Print: James Read
Date: 12/16/11

Agreed and Accepted:
EMPIRE CRANE CO., LLC
By: Chet Zerrillo
Date: December 15, 2011

* This contract is modified by the following language:
Empire Crane shall deliver (1) Terex T780 as described above to 72 Portland Rd, Gray, ME no later than 11:49 am on Friday, December 30, 2011. If the crane is not received by the specified date and time, this purchase Contract is cancelled.
Buyers Acceptance: [signature] Date: 12/22/11 President    Sellers Acceptance: [signature] Date: 12/22/11

| Boston, MA | Syracuse, NY | New Jersey/NYC |
|---|---|---|
| 24 Republic | 7021 Performance Dr. | 254 Center St. |
| Billerica, MA 01821 | PO Box 5545 | Landing, NJ 07850 |
| Phone: (508) 868-7734 | Syracuse, NY 13220 | Phone: (315) 663-4043 |