

Seller: Terex USA, LLC

Document Type : Invoice
Document Number : 6107510
Page Number : 1 of 3
Invoice Date (Tax Point) : 15-JUL-11

***Copy***

**Bill To:**
CROPAC EQUIPMENT INC
ATTN BILL FINKLE JR
1007 S SERVICE RD
OAKVILLE ONTARIO L6L 6R3
CANADA

**Attn:**

**Ship To:**
CROPAC EQUIPMENT INC
ATTN BILL FINKLE JR
1007 S SERVICE RD
OAKVILLE ONTARIO L6L 6R3
CANADA

**Sold To:**
CROPAC EQUIPMENT INC
ATTN BILL FINKLE JR
1007 S SERVICE RD
OAKVILLE ONTARIO L6L 6R3
CANADA

| Purchase Order # | Terms | Shipping Ref. | Due Date | Sales Rep Name | Customer Number # |
|---|---|---|---|---|---|
| 1102 | INV 30 | 123196107 | 14-AUG-11 | Meroney, Mr. Stanley A (Sam) | 31867 |

| Date Shipped | Ship Via | Freight Term | Order Number | Currency | Ship From |
|---|---|---|---|---|---|
| 15-JUL-11 | | FCA, Waverly, Incoterms 2000 | 500004387 | USD | Terex Cranes Waverly Manufacturing |

| Pos Nr. | Item# /Description | COO | Qty | UOM | Net Price | Extended Amount | Tax Code |
|---|---|---|---|---|---|---|---|
| 1 | TRUCKCRANE<br>TRUCK CRANE ATO MODEL<br>S/N: 1T9T700ACBW120070 | | 1 | Each | ■ | ■ | US EXPORT |
| 2 | T775-TRC<br>T700 | | 1 | Each | ■ | ■ | US EXPORT |
| 3 | CAN-TRC<br>Canada | | 1 | Each | ■ | ■ | US EXPORT |
| 4 | ENGLISH-TRC<br>Imperial Charts & Markings (English) | | 1 | Each | ■ | ■ | US EXPORT |
| 5 | 80TON-TRC<br>80T Lift Rating | | 1 | Each | ■ | ■ | US EXPORT |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. If you choose to re-export or transfer them, you, as the re-exporter, must comply with applicable law.

REMIT TO:: ATTN: Terex USA, LLC (877-794-5284)   4686 Collections Center Drive, CHICAGO, IL 60693, UNITED STATES

  

TUSA03902



Seller: Terex USA, LLC

Document Type : Invoice
Document Number : 6107510
Page Number : 2 of 3
Invoice Date (Tax Point) : 15-JUL-11

***Copy***

| Pos Nr. | Item# /Description | COO | Qty | UOM | Net Price | Extended Amount | Tax Code |
|---|---|---|---|---|---|---|---|
| 6 | 33/57-JIB-TRC<br>Jib Offset 33'-57' | | 1 | Each | ▮ | ▮ | US EXPORT |
| 7 | STD-CTWT-TRC<br>Standard Counterweight | | 1 | Each | ▮ | ▮ | US EXPORT |
| 8 | RR-MAIN-CBL-TRC<br>Rotation Resistant Main Hoist Wire Rope | | 1 | Each | ▮ | ▮ | US EXPORT |
| 9 | AUXW-TRC<br>Auxiliary Hoist Included (Aux Winch) | | 1 | Each | ▮ | ▮ | US EXPORT |
| 10 | RR-AW-CBL-TRC<br>Rotation Resistant Aux Hoist Wire Rope | | 1 | Each | ▮ | ▮ | US EXPORT |
| 11 | SNG-LVR-TRC<br>Single Levers (Dual Axis) | | 1 | Each | ▮ | ▮ | US EXPORT |
| 12 | AC/LP-HEAT-TRC<br>AC & LP Heater | | 1 | Each | ▮ | ▮ | US EXPORT |
| 13 | NO-AC-LCAB-TRC<br>No Lower CAB AC | | 1 | Each | ▮ | ▮ | US EXPORT |
| 14 | AUTO-TRANS-TRC<br>Automatic Transmission | | 1 | Each | ▮ | ▮ | US EXPORT |
| 15 | NO-REM-STG-TRC<br>No Remote STG Pack | | 1 | Each | ▮ | ▮ | US EXPORT |
| 16 | 12T-OHB-TRC<br>12 Ton Overhaul Ball | | 1 | Each | ▮ | ▮ | US EXPORT |
| 17 | 60T-5S-HB-TRC<br>60 Ton, 5 Sheave Hookblock | | 1 | Each | ▮ | ▮ | US EXPORT |
| 18 | REM-O/R-TRC<br>Remote Outrigger | | 1 | Each | ▮ | ▮ | US EXPORT |
| 19 | STD-PAINT-TRC<br>Standard Terex Paint Scheme | | 1 | Each | ▮ | ▮ | US EXPORT |
| 20 | STD-RR-TIRES-TRC<br>Standard Rear Tires | | 1 | Each | ▮ | ▮ | US EXPORT |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. If you choose to re-export or transfer them, you, as the re-exporter, must comply with applicable law.

REMIT TO:: ATTN: Terex USA, LLC (877-794-5284)    4686 Collections Center Drive, CHICAGO, IL 60693, UNITED STATES

  

TUSA03903



Seller: Terex USA, LLC

***Copy***

Notes:

| Tax Code | Tax Rate | Tax Amount | | |
|---|---|---|---|---|
| US EXPORT | | | Subtotal before Taxes | |
| | | | Total Taxes | |
| | | | Total Amount | |
| | | | Payment Received | |
| | | | Amount Due | |

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited. If you choose to re-export or transfer them, you, as the re-exporter, must comply with applicable law.

REMIT TO:: ATTN: Terex USA, LLC (877-794-5284) 4686 Collections Center Drive, CHICAGO, IL 60693, UNITED STATES

  

TUSA03904