American Aerial Services, Inc
33 Allen Avenue Ext.
Falmouth, ME 04105

# Invoice

| DATE |
|---|
| 1/3/2012 |

| INVOICE # |
|---|
| 2712 |

| P.O. # |
|---|
|  |

**PAID 07/27/2012**

| BILL TO: |
|---|
| Copp Equipment |
| Elvin Copp. |
| 41 Portland Road |
| Gray, ME 04039 |

| PROJECT: | 1278- Crane Rental, Gray-ME |
|---|---|

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 3 | CRANE RENTAL SERVICES 12/30/11- 80 TON TEREX W/OPERATOR- HOIST AND MOVE EQUIPMENT | 150.00 | 450.00 |
|  | Reg. # 1071634 | 5.00% | 0.00 |

| | Total | $450.00 |
|---|---|---|

Payment of invoice is due upon presentation. Interest may be charged at 1 1/2% per month on balances not paid within 30 days.



EXHIBIT 2

Plf-Perry00065