

## Cummins Northeast LLC

This invoice is due 30 days from date of invoice. A service charge will be applied for unpaid balances.

SCARBOROUGH
10 GIBSON ROAD
SCARBOROUGH, ME 04074-
(207)883-8155

***REPRINT***

**INVOICE NO**
200-50098

Remit to: Cummins Northeast LLC
PO Box 845326 Boston, MA 02284

**BILL TO**
EMPIRE CRANE CO. LLC
P.O. BOX 5545
SYRACUSE, NY 13220-

**OWNER**
EMPIRE CRANE CO. LLC
P.O. BOX 5545
SYRACUSE, NY 13220-
TIM MAZZOLI - 315 458-4101

PAGE 1 OF 2

*** CHARGE ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|
| 29-AUG-2012 | 15049 | 06-JAN-2012 | XTA15-E10 | | TERREX |
| **CUSTOMER NO.** | **SHIP VIA** | **FAIL DATE** | **ENGINE SERIAL NO.** | **CPL NO.** | **EQUIPMENT MODEL** |
| 122305 | | 28-AUG-2012 | 79475426 | CPL349100 | T780 |
| **REF. NO.** | **SALESPERSON** | **PARTS DISP.** | **MILEAGE/HOURS** | **PUMP CODE** | **UNIT NO.** |
| 101163 | HF342 | | 3269 | | 120070 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | OSN/MSN/VIN | 120070 | | | |

**COMPLAINT**  SYMPTOMS:

CUSTOMER SMELL COOLANT WHEN OPERATING. ASLO HAS CONCERN WITH ENGINE OPERATION.

TEREX REP, FACTORY TECH WILL BE ON SITE ON TUESDAY 10.30 ETA

CUMMINS TO SUPPLY ON SITE SUPPORT.

CUSTOMER SITE IS AMERICAN AERIAL
100 PORTLAND ROAD , GRAY , MAINE

**CORRECTION**  SENT TECHNICIAN TO CUSTOMER LOCATION TO LOOK FOR COOLANT SMELL AND VIBRATION.
TECH COULD NOT SEE ANYTHING VISIBLY WRONG WITH THE COOLING SYSTEM. OWNER STATES THAT THERE IS NO COOLAT USAGE HAPPENING, THERE WERE NO FAULT CODES TO SUGGEST COOLANT LOSS OR OVER HEAT CONDITIONS.
VIBRATION ISSUE NEEDS TO BE ASSESSED BY A VIBRATION SPECIALIST. TEREX TO ADVISE WHEN THE CRANE WIL BE AVAILABLE FOR TESTING.

| | | |
|---|---:|---:|
| PARTS: | | 0.00 |
| PARTS COVERAGE CREDIT: | | 0.00CR |
| TOTAL PARTS: | 0.00 | |
| SURCHARGE TOTAL: | | 0.00 |
| LABOR: | | 430.50 |
| LABOR COVERAGE CREDIT: | | 0.00CR |
| TOTAL LABOR: | 430.50 | |
| MISC.: | | 0.00 |

Material returned for credit or exchange must show this invoice number. All material returned for credit subject to 15% handling charge. Appropriate core must be received within 15 days. Any claims for erroneous charges must be made within 30 days after receipt of goods. No credit for electrical assemblies without prior approval from branch parts manager. Terms Net 30 pending credit approval. Orders/Service cannot be processed without credit approval and/or a deposit.

AUTHORIZED BY (print name)_____ SIGNATURE_____ DATE_____

**EXHIBIT 5**

CNE000057



## Cummins Northeast LLC

This invoice is due 30 days from date of invoice. A service charge will be applied for unpaid balances.

SCARBOROUGH
10 GIBSON ROAD
SCARBOROUGH, ME 04074-
(207)883-8155

***REPRINT***

**INVOICE NO**

200-50098

Remit to: Cummins Northeast LLC
PO Box 645326 Boston, MA 02284

**BILL TO**
EMPIRE CRANE CO. LLC
P.O. BOX 5545
SYRACUSE, NY 13220-

**OWNER**
EMPIRE CRANE CO. LLC
P.O. BOX 5545
SYRACUSE, NY 13220-
TIM MAZZOLI - 315 458-4101

PAGE  2 OF 2

*** CHARGE ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|
| 29-AUG-2012 | 15049 | 06-JAN-2012 | XTA15-E10 | | TERREX |
| CUSTOMER NO. | SHIP VIA | FAIL DATE | ENGINE SERIAL NO. | CPL NO. | EQUIPMENT MODEL |
| 122305 | | 28-AUG-2012 | 79475426 | CPL349100 | T780 |
| REF. NO. | SALESPERSON | PARTS DISP. | MILEAGE/HOURS | PUMP CODE | UNIT NO. |
| 101163 | HF342 | | 3269 | | 120070 |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | OSN/MSN/VIN | 120070 | | | |

TAX EXEMPT NUMBERS:

MISC. COVERAGE CREDIT: 0.00 CR
TOTAL MISC.: 0.00

STATE 0.00

Material returned for credit or exchange must show this invoice number. All material returned for credit subject to 15% handling charge. Appropriate core must be received within 15 days. Any claims for erroneous charges must be made within 30 days after receipt of goods. No credit for electrical assemblies without prior approval from branch parts manager. Terms Net 30 pending credit approval. Orders/Service cannot be processed without credit approval and/or a deposit.

SUB TOTAL: 430.50
TOTAL TAX: 0.00
**TOTAL AMOUNT: US $** 430.50

AUTHORIZED BY (print name)_____ SIGNATURE_____ DATE_____

CNE000058