

# Cummins Northeast LLC

This invoice is due 30 days from date of invoice. A service charge will be applied for unpaid balances.

SCARBOROUGH
10 GIBSON ROAD
SCARBOROUGH, ME 04074-
(207)883-8155

***REPRINT***

**INVOICE NO**
200-42860

Remit to: Cummins Northeast LLC
PO Box 845326 Boston, MA 02284

**BILL TO**
AMERICAN AERIAL SERV INC
ACCOUNTS PAYABLE
33 ALLEN AVE. EXT.
FALMOUTH, ME 04105-

**OWNER**
AMERICAN AERIAL SERVICES
33 ALLEN AVE. EXT.
FALMOUTH, ME 04105-
JIM READ - 207 329-3107

PAGE 1 OF 3

*** CHARGE ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|
| 16-MAY-2012 | | 06-JAN-2012 | XTA15-E10 | | TERREX |
| CUSTOMER NO. | SHIP VIA | FAIL DATE | ENGINE SERIAL NO. | CPL NO. | EQUIPMENT MODEL |
| 113483 | | 07-MAY-2012 | 79475426 | CPL349100 | T780 |
| REF. NO. | SALESPERSON | PARTS DISP. | MILEAGE/HOURS | PUMP CODE | UNIT NO. |
| 99607 | CQ080 | | 2371 | | TERREX |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

OSN/MSN/VIN

**COMPLAINT**
SYMPTOMS: SMELLS ANTIFREEZE IN THE EXHAUST AND THE BELT IS SQUEALING

**CAUSE**
CYLINDER BLOCK. CRANKSHAFT. DRIVE PULLEY. BROKEN, CRACKED. LOCATION N/A.

**CORRECTION**
ADMINISTRATIVE TIME - OPEN AND CLOSE REPAIR ORDER (SHOP REPAIRS)
TROUBLESHOOT - COOLANT LOSS (EXTERNAL)
- CHECK EXCESSIVE INTERNAL OR EXTERNAL COOLANT
- PERFORM CHECKS IN STEP -01
- PERFORM CHECKS IN STEPS -01 AND -02
- PERFORM CHECKS IN STEPS -01 THRU -03
- PERFORM CHECKS IN STEPS -01 THRU -04
- PERFORM CHECKS IN STEPS -01 THRU -05
- PERFORM CHECKS IN STEPS -01 THRU -06
- PERFORM CHECKS IN STEPS -01 THRU -07
- PERFORM CHECKS IN STEPS -01 THRU -08
- PERFORM CHECKS IN STEPS -01 THRU -09
- PERFORM CHECKS IN STEPS -01 THRU -10
EGR MASS MEASUREMENT FLOW ASSEMBLY - REMOVE AND INSTALL
CHECKED DOSER, HAD NO LEAKS. FOUND THE RADIATOR CAP ON THE FRONT OF TRUCK WAS NOT HOLDING PRESSURE. INSTALLED NEW RADIATOR CAP.
AFTERTREATMENT STATIONARY REGENERATION
CRANKSHAFT PULLEY - REMOVE AND INSTALL
EGR COOLER - REMOVE AND INSTALL. TESTED COOLER AND IT HAD 90 P.S.I.
TURBOCHARGER, VARIABLE GEOMETRY - REMOVE AND INSTALL

**COVERAGE**
PRODUCT COVERAGE
BASE WARRANTY DETAILS
  MONTHS :24 ,HOURS :02000
EXT COMP WARRANTY DETAILS
  MONTHS :36 ,HOURS :10000

**SRO**
ALTERNATOR BELT KEPT JUMPING. THERE WERE NO TROUBLESHOOTING STEPS TO FOLLOW. FOUND CRANKSHAFT PULLEY WARPED CAUSING BELT TO

---

Material returned for credit or exchange must show this invoice number. All material returned for credit subject to 15% handling charge. Appropriate core must be received within 15 days. Any claims for erroneous charges must be made within 30 days after receipt of goods. No credit for electrical assemblies without prior approval from branch parts manager. Terms Net 30 pending credit approval. Orders/Service cannot be processed without credit approval and/or a deposit.

AUTHORIZED BY (print name)_____ SIGNATURE_____ DATE_____

**EXHIBIT 6**

CNE000039



# Cummins Northeast LLC

This invoice is due 30 days from date of invoice. A service charge will be applied for unpaid balances.

SCARBOROUGH
10 GIBSON ROAD
SCARBOROUGH, ME 04074-
(207)883-8155

\*\*\*REPRINT\*\*\*

**INVOICE NO**
200-42860

Remit to: Cummins Northeast LLC
PO Box 846326 Boston, MA 02284

**BILL TO**
AMERICAN AERIAL SERV INC
ACCOUNTS PAYABLE
33 ALLEN AVE. EXT.
FALMOUTH, ME 04105-

**OWNER**
AMERICAN AERIAL SERVICES
33 ALLEN AVE. EXT.
FALMOUTH, ME 04105-
JIM READ - 207 329-3107

PAGE 2 OF 3

\*\*\* CHARGE \*\*\*

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|
| 16-MAY-2012 | | 06-JAN-2012 | XTA15-E10 | | TERREX |
| CUSTOMER NO. | SHIP VIA | FAIL DATE | ENGINE SERIAL NO. | CPL NO. | EQUIPMENT MODEL |
| 113463 | | 07-MAY-2012 | 79475428 | CPL349100 | T780 |
| REP. NO. | SALESPERSON | PARTS DISP. | MILEAGE/HOURS | PUMP CODE | UNIT NO. |
| 99607 | CQ080 | | 2371 | | TERREX |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| OSN/MSN/VIN | | | | | | | |
| | | | FRAY. | | | | |
| 1 | | 1 | 90243 | 45 FLR M CON 48X4 | IMP | .34 | 0.34 |
| 1 | | 1 | 90243 | 45 FLR M CON 48X4 | IMP | .34 | 0.34 |
| 2 | | 2 | 3104230 | GASKET,EXH GAS RCN VALVE | CECO | 27.68 | 55.36 |
| 4 | | 4 | 3683814 | SEAL,O RING | CECO | 1.89 | 7.56 |
| 1 | | 1 | 3685535 | GASKET,TURBOCHARGER | CECO | 19.20 | 19.20 |
| 1 | | 1 | 5264570 | GASKET,OIL DRAIN | CECO | 2.90 | 2.90 |
| 1 | | 1 | 3683607 | SEAL,MOLDED | CECO | 3.19 | 3.19 |
| 1 | | 1 | 3684359 | GASKET,EXH OUT CONNECTION | CECO | 9.50 | 9.50 |
| 1 | | 1 | 4963857 | GASKET,INJECTOR | CECO | 13.58 | 13.58 |
| 1 | | 1 | 4985531 | INSULATOR,INJECTOR | CECO | 11.85 | 11.85 |
| 2 | | 2 | 3685888 | SCREW,HEXAGON HEAD CAP | CECO | 10.00 | 20.00 |
| 1 | | 1 | 2866337 | GASKET, AFM DEVICE | CECO | 5.80 | 5.80 |
| 2 | | 2 | 3682826 | SEAL,GROMMET | CECO | 1.98 | 3.96 |
| 1 | | 1 | 703-1427 | RAD CAP | OTHER | 11.95 | 11.05 |
| 2 | | 2 | 3684284 | WASHER,SEALING | CECO | 5.46 | 10.92 |
| 2 | | 2 | 4934278 | WASHER,SEALING | CECO | 2.19 | 4.38 |
| 1 | | 1 | CC36077 | OAT | FLG | 19.12 | 19.12 |
| 1 | | 1 | 3682627 | PULLEY,CRANKSHAFT | CECO | 45.23 | 45.23 \* |

PARTS: 245.18
PARTS COVERAGE CREDIT: 45.23CR
TOTAL PARTS:

Material returned for credit or exchange must show this invoice number. All material returned for credit subject to 15% handling charge. Appropriate core must be received within 15 days. Any claims for erroneous charges must be made within 30 days after receipt of goods. No credit for electrical assemblies without prior approval from branch parts manager. Terms Net 30 pending credit approval. Orders/Service cannot be processed without credit approval and/or a deposit.

AUTHORIZED BY (print name)_____ SIGNATURE_____ DATE_____

CNE000040



# Cummins Northeast LLC

SCARBOROUGH  
10 GIBSON ROAD  
SCARBOROUGH, ME 04074-  
(207)883-8155

***REPRINT***

This invoice is due 30 days from date of invoice. A service charge will be applied for unpaid balances.

**INVOICE NO**  
200-42860

Remit to: Cummins Northeast LLC  
PO Box 845328 Boston, MA 02284

**BILL TO**  
AMERICAN AERIAL SERV INC  
ACCOUNTS PAYABLE  
33 ALLEN AVE. EXT.  
FALMOUTH, ME 04105-

**OWNER**  
AMERICAN AERIAL SERVICES  
33 ALLEN AVE. EXT.  
FALMOUTH, ME 04105-  
JIM READ - 207 329-3107

PAGE 3 OF 3

*** CHARGE ***

| DATE | CUSTOMER ORDER NO. | DATE IN SERVICE | ENGINE MODEL | PUMP NO. | EQUIPMENT MAKE |
|---|---|---|---|---|---|
| 16-MAY-2012 | | 06-JAN-2012 | XTA15-E10 | | TERREX |
| **CUSTOMER NO.** | **SHIP VIA** | **FAIL DATE** | **ENGINE SERIAL NO.** | **CPL NO.** | **EQUIPMENT MODEL** |
| 113463 | | 07-MAY-2012 | 79475426 | CPL349100 | T780 |
| **REF. NO.** | **SALESPERSON** | **PARTS DISP.** | **MILEAGE/HOURS** | **PUMP CODE** | **UNIT NO.** |
| 99607 | CQ080 | | 2371 | | TERREX |

| QUANTITY ORDERED | BACK ORDERED | QUANTITY SHIPPED | PART NUMBER | DESCRIPTION | PRODUCT CODE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

OSN/MSN/VIN

|  |  |
|---|---|
| SURCHARGE TOTAL: 199.95 | |
| LABOR: | 0.00 |
| LABOR COVERAGE CREDIT: | 2,331.00 |
|  | 105.00 CR |
| TOTAL LABOR: 2,226.00 | |
| MISC.: | 47.00 |
| MISC. COVERAGE CREDIT: | 0.00 CR |
| TOTAL MISC.: 47.00 | |
| HAZARDOUS WASTE DISPOSAL | 27.00 |
| SHOP SUPPLIES | 20.00 |
| STATE | 12.35 |

WARRANTIES APPLIED: FACTORY

Material returned for credit or exchange must show this invoice number. All material returned for credit subject to 15% handling charge. Appropriate core must be received within 15 days. Any claims for erroneous charges must be made within 30 days after receipt of goods. No credit for electrical assemblies without prior approval from branch parts manager. Terms Net 30 pending credit approval. Orders/Service cannot be processed without credit approval and/or a deposit.

SUB TOTAL: 2,472.95  
TOTAL TAX: 12.35  
**TOTAL AMOUNT: US $ 2,485.30**

AUTHORIZED BY (print name) _____ SIGNATURE _____ DATE _____

CNE000041