IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| AMERICAN AERIAL SERVICES, INC. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|           v. ) | Case No. 2:12-cv-00361GZS |
| ) | |
| TEREX USA, LLC, and ) | |
| THE EMPIRE CRANE COMPANY, LLC ) | |
| ) | |
|     Defendants. ) | |

**RELEASE AND SATISFACTION OF JUDGMENT**

In consideration of the payment of the agreed upon amount for satisfaction of the Judgment and Amended Judgment entered against Terex USA, LLC in the above captioned action, American Aerial Services, Inc. acknowledges a full and complete satisfaction of the Judgment and Amended Judgment against Terex USA, LLC and requests that the Court Clerk release the Judgment and Amended Judgment against Terex USA, LLC.

                                                           Respectfully submitted,

                                                           /s/ John A. Hobson
                                                           John A. Hobson
                                                           Attorney for Plaintiff
                                                           American Aerial Services, Inc.

Perkins Thompson, P.A.
One Canal Plaza
P. O. Box 426
Portland, ME  04112-0426
jhobson@perkinsthompson.com

{P1041723.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on November 20, 2015, I electronically filed Plaintiff American Aerial Services, Inc.'s Release and Satisfaction of Judgment against Terex USA, LLC with the Clerk of the Court, using the CM/ECF system.  The CM/ECF system will provide service of such filed via Notice of Electronic filing (NEF) to the following NEF parties:

| | |
|---|---|
| Harold J. Friedman, Esquire<br>Erik Peters, Esquire<br>Jonathan M. Dunitz, Esquire<br>Verrill Dana<br>One Portland Square<br>P.O. Box 586<br>Portland, ME 04112-0586<br>hfriedman@verrilldana.com<br>epeters@verrilldana.com<br>jdunitz@verrilldana.com | Michael D. Traister, Esquire<br>Murray Plumb & Murray<br>P.O. Box 9785<br>Portland, Me  04104-5085<br>207/773-5651<br>mtraister@mpmlaw.com |
| Scott C. Sublett, Esquire<br>Cary E. Hiltgen, Esquire<br>Hiltgen & Brewer, P.C.<br>9505 N. Kelley Avenue<br>Oklahoma City, OK  73131<br>405/605-9000<br>scsublett@hiltgenbrewer.com<br>cehiltgen@hiltgenbrewer.com | Terry J. Kirwan, Jr., Esquire<br>Kirwan Law Firm, P.C.<br>7075 Manilus Center Road<br>East Syracuse, NY  13057<br>315/452-2443<br>tkirwan@kirwanlawpc.com |

                                      /s/ John A. Hobson
                                      John A. Hobson
                                      Attorney for Plaintiff
                                      American Aerial Services, Inc.